**95–2536. Cleveland Bar Assn. v. Fox.**

IT IS ORDERED by this court, *sua sponte*, that Norman A. Fox, a.k.a. Norman Albert Fox, Jr., Attorney Registration No. 0013014, last known business address in Fairview Park, Ohio, is found in contempt for failure to comply with this court's order of February 28, 1996, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before March 29, 1996.

**96–297. In re Resignation of Renshaw.**

IT IS ORDERED by this court, *sua sponte*, that Robert E. Renshaw, a.k.a. Robert Eugene Renshaw, Attorney Registration No. 0033739, last known address in Dayton, Ohio, is found in contempt for failure to comply with this court's order of March 6, 1996, to wit, failure to file an affidavit of compliance on or before April 5, 1996.

**96–299. Disciplinary Counsel v. Benca.**

IT IS ORDERED by this court, *sua sponte*, that William F. Benca, a.k.a. William Francis Benca, Attorney Registration No. 0038396, last known business address in Jamestown, New York, is found in contempt for failure to comply with this court's order of March 27, 1996, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before April 26, 1996.

**96–400. In re Resignation of Hartwell.**

IT IS ORDERED by this court, *sua sponte*, that Leda M. Hartwell, Attorney Registration No. 0020828, last known address in Westerville, Ohio, is found in contempt for failure to comply with this court's order of March 6, 1996, to wit, failure to surrender her Certificate of Admission and failure to file an affidavit of compliance on or before April 5, 1996.

**96–486. In re Resignation of Maurer.**

IT IS ORDERED by this court, *sua sponte*, that Earl H. Maurer, a.k.a. Earl Hoak Maurer, Attorney Registration No. 0006694, last known address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of March 27, 1996, to wit, failure to surrender his Certificate of Admission and attorney registration card for the 1995/97 biennium and failure to file an affidavit of compliance on or before April 26, 1996.